UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:13-CV-00056-TBR

DONALD W. WILHITE                                                                                       Plaintiff

v.

WAL-MART STORES EAST, LP                                                                 Defendant

**ORDER**

This matter is before the Court upon Plaintiff Donald W. Wilhite's Motion to Amend Complaint. (Docket No. 10.) In his instant Motion, Plaintiff seeks to amend his Complaint to correctly name the Defendant as Wal-Mart Stores East, LP. Having considered Plaintiff's Motion and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint, (Docket No. 10), is GRANTED, and Plaintiff's Amended Complaint, (Docket No. 10-1), shall be docketed in this matter. Defendant Wal-Mart Stores East, LP's Answer, (Docket No. 6), shall be deemed filed relative to Plaintiff's Amended Complaint and need not be refiled.

IT IS SO ORDERED.

Date:

cc:      Counsel