UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:13-CV-0056-TBR

DONALD W. WILHITE,                                                                               Plaintiff

v.

WAL-MART STORES EAST, LP,                                                                Defendant

**JUDGEMENT**

This matter having come before the Court upon Defendant's Motion for Summary Judgment, (Docket No. 17); Plaintiff having responded, (Docket No. 18); Defendants having replied, (Docket No. 21); and the Court having filed a Memorandum Opinion and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Defendants' Motion, (Docket No. 17), is hereby GRANTED. This is a final and appealable judgment.


cc:     Counsel